Allen W. Burton
NJ Registration No. 020742001
Allessandra Rose Johnson (*pro hac vice* pending)
O'Melveny & Myers LLP
1301 Avenue of the Americas
New York, NY 10019
Phone: (212) 326-2000
Fax: (212) 326-2061
aburton@omm.com
ajohnson@omm.com

*Attorneys for Defendant Chubb Limited*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL SPECE,<br><br>            Plaintiff,<br><br>v.<br><br>CHUBB LIMITED,<br>ACE AMERICAN INSURANCE<br>COMPANY d/b/a CHUBB, JAY MISTRY,<br>and MIRZA DELIBEGOVIC,<br><br>            Defendants. | Civil Action No. 2:26-cv-03900-CCC-JRA<br><br>**NOTICE OF MOTION TO DISMISS** |

**TO ALL PARTIES** and **TO THEIR ATTORNEYS OF RECORD**:

 **PLEASE TAKE NOTICE** that on July 20, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Chubb Limited will move before the Honorable Claire C. Cecchi, U.S.D.J. to the United States District Court for the District of New Jersey, located in the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Courtroom MLK 5B, Newark, New Jersey 07101, for an Order granting Chubb Limited's Motion to Dismiss Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that Chubb Limited shall rely on the attached memorandum of law in support of its motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  June 17, 2026

Respectfully submitted,

**O'MELVENY & MYERS LLP**

/s/ Allen W. Burton_____

Allen W. Burton
NJ Registration No. 020742001
Allessandra Rose Johnson (*pro hac vice* pending)
1301 Avenue of the Americas
New York, NY  10019
Phone: (212) 326-2000
Fax: (212) 326-2061
aburton@omm.com
ajohnson@omm.com

*Attorney for Defendant Chubb Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, true and correct copies of the Notice of Motion were filed with the United States District Court for the District of New Jersey, and served on all counsel of record, via ECF electronic filing.

Date: June 17, 2026                    */s/ Allen W. Burton*

Allen W. Burton