**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MICHAEL SPECE,<br><br>       Plaintiff,<br><br>v.<br><br>CHUBB LIMITED,<br>ACE AMERICAN INSURANCE<br>COMPANY d/b/a CHUBB, JAY MISTRY,<br>and MIRZA DELIBEGOVIC,<br><br>       Defendants. | Civil Action No. 2:26-cv-03900-CCC-JRA |

**DECLARATION OF SAMANTHA FROUD IN SUPPORT**
**OF CHUBB LIMITED'S MOTION TO DISMISS**

I, Samantha Froud, declare as follows:

1.      I am over the age of 18, and I am competent to testify and to make this Affidavit.

2.      I am an Officer appointed by the Board of Directors of Chubb Limited.

3.      My official title is Chief Administration Officer.  I was appointed to that position in 2010, effective January 1, 2011.  I have responsibility for several administrative functions for Chubb Limited including, among other things, personnel and compensation issues for executives and members of the Board of Directors.

4.      My principal office is in Bermuda.  I have no office in the United States.

5.      Chubb Limited is a Swiss holding company organized under the laws of Switzerland, with its principal place of business in Zurich, Switzerland.

6.      As an officer of Chubb Limited, I am personally familiar with its operations.

7.    Chubb Limited owns no property, maintains no offices, and has no places of business or employees in New Jersey.

8.    Chubb Limited is not licensed to transact business in New Jersey or any U.S. state, and does not conduct business or advertise in New Jersey.

9.    I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ⟨6⟩ day of June, 2026, in Hamilton, Bermuda.

Samantha Froud
Officer Appointed by the Board of Directors
Chubb Limited

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set forth below, true and correct copies of the Declaration of Samantha Froud in Support of Chubb Limited's Motion to Dismiss were filed with the United States District Court for the District of New Jersey, and served on all counsel of record, via ECF electronic filing.

Date:   June 17, 2026                    */s/ Allen W. Burton*

                                        Allen W. Burton