**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MICHAEL SPECE,<br><br>       Plaintiff,<br><br>v.<br><br>CHUBB LIMITED,<br>ACE AMERICAN INSURANCE<br>COMPANY d/b/a CHUBB, JAY MISTRY,<br>and MIRZA DELIBEGOVIC,<br><br>       Defendants. | Civil Action No. 2:26-cv-03900-CCC-JRA |

**DECLARATION OF ALLESSANDRA ROSE JOHNSON**
**IN SUPPORT OF CHUBB LIMITED'S MOTION TO DISMISS**

I, ALLESSANDRA ROSE JOHNSON, ESQ., declare as follows:

1.    I am an attorney duly admitted and in good standing to practice in the State of New York.  I am an attorney at O'Melveny & Myers LLP, with an office located at 1301 Avenue of the Americas, Suite 1700, New York, New York 10019.  O'Melveny is counsel to Chubb Limited.  I have personal knowledge of the matters below and submit this Declaration in Support of Chubb Limited's Motion to Dismiss.

2.    Attached as **Exhibit A** is a true and accurate copy of Chubb Limited's 2025 Form 10-K, accessible at https://s201.q4cdn.com/471466897/files/doc_financials/2025/ar/Chubb-Limited-2025-10-K-Final.pdf.

3.    Attached as **Exhibit B** is a true and accurate copy of the September 11, 2020 hearing transcript from *Joishy v. Chubb Insurance Co. of N.J., et al.*, Docket No. HUD-L-597-20, in the Superior Court of New Jersey, Hudson County.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    June 17, 2026                    By: _Allessandra Rose Johnson_
          New York, New York                   Allessandra Rose Johnson

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the date set forth below, true and correct copies of the Declaration of Allessandra Rose Johnson in Support of Chubb Limited's Motion to Dismiss were filed with the United States District Court for the District of New Jersey, and served on all counsel of record, via ECF electronic filing.

Date:   June 17, 2026                    _/s/ Allen W. Burton_

                                         Allen W. Burton