**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL SPECE,<br><br>      Plaintiff,<br><br>v.<br><br>CHUBB LIMITED,<br>ACE AMERICAN INSURANCE<br>COMPANY d/b/a CHUBB, JAY MISTRY,<br>and MIRZA DELIBEGOVIC,<br><br>      Defendants. | Civil Action No. 2:26-cv-03900-CCC-JRA<br><br>**[PROPOSED] ORDER GRANTING<br>CHUBB LIMITED'S MOTION TO<br>DISMISS** |

**THIS MATTER** having come before the Court on motion by Defendant Chubb Limited for an Order dismissing Plaintiff's Complaint against Chubb Limited with prejudice; and the Court having considered all papers submitted in the matter and any additional arguments of counsel; and for other good cause being shown;

**IT IS** on this _____ day of _____, 2026, hereby **ORDERED** that Chubb Limited's Motion to Dismiss is **GRANTED**.

_____
**HONORABLE CLAIRE C. CECCHI, U.S.D.J.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, true and correct copies of the Proposed

Order Granting Chubb Limited's Motion to Dismiss were filed with the United States District

Court for the District of New Jersey, and served on all counsel of record, via ECF electronic

filing.


Date: June 17, 2026                             _/s/ Allen W. Burton_

                                                Allen W. Burton