## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**MICHAEL SPECE,**

    Plaintiff,

v.

**CHUBB LIMITED, ACE AMERICAN INSURANCE COMPANY d/b/a CHUBB, JAY MISTRY, and MIRZA DELIBEGOVIC,**

    Defendants.

Civil Action No.
2:26-cv-03900-CCC-JRA

## ORDER

This matter having come before the Court on Defendant Chubb Limited's motion to dismiss, ECF No. 8, and the motion to dismiss or response in support filed by Defendants ACE American Insurance Company, Jay Mistry, and Mirza Delibegovic, ECF No. 11; and the Court having considered the parties' submissions; and for good cause shown;

IT IS on this _____ day of _____, 2026,

ORDERED that Chubb Limited's motion to dismiss, ECF No. 8, is DENIED; and it is further

ORDERED that the motion to dismiss or response in support filed by ACE American Insurance Company, Jay Mistry, and Mirza Delibegovic, ECF No. 11, is DENIED; and it is further

ORDERED that, to the extent the Court determines that additional jurisdictional facts are necessary, Plaintiff is granted leave to take targeted jurisdictional discovery before any renewed Rule 12(b)(2) determination; and it is further

ORDERED that, to the extent the Court determines that any allegation is insufficiently pleaded, Plaintiff is granted leave to amend and no dismissal shall be with prejudice at this stage.

1

_____

Hon. Claire C. Cecchi, U.S.D.J.