

July 17, 2026

**VIA ELECTRONIC FILING**

**Joseph P. Sirbak**
Direct Phone   215-665-4637
Direct Fax       215-701-2347
jsirbak@cozen.com

The Honorable José R. Almonte
U.S. District Court Magistrate Judge
District of New Jersey
Martin Luther King Federal Building and
Courthouse Building
50 Walnut Street
Newark, NJ  07102

> **Re:    Spece v. ACE American Insurance Company,** *et al.*
> **Civil Action No. 2:26-cv-03900-CCC-JRA**

Dear Judge Almonte:

Defendants ACE American Insurance Company ("ACE"), Jay Mistry, Mirza Delibegovic, and Chubb Limited write to respectfully request that the Court adjourn the upcoming initial scheduling conference set for August 7, 2026 and stay discovery and the associated deadlines under Local Rule 26.1. The present action is brought by *pro se* plaintiff Michael Spece, alleging a violation of the whistleblower protection provisions of the Sarbanes-Oxley Act, 18 U.S.C. § 1514A ("SOX").

On June 22, 2026, the Court entered a text Order scheduling an initial scheduling conference. At the time, defendant Chubb Limited had moved to dismiss Plaintiff's claims against it on the basis that the Court lacks personal jurisdiction over it and that Chubb Limited never employed Plaintiff or had knowledge of his alleged protected activities. Three days after the Court's text Order, the remaining defendants moved to dismiss Plaintiff's claims against them on the basis that Plaintiff's pre-dismissal complaints solely involved cybersecurity practices and alleged mismanagement and therefore fail to qualify for protection under SOX as a matter of law.[1] Both OSHA and the Department of Labor's Office of Administrative Law Judges previously dismissed Plaintiff's SOX claim on that basis.

Briefing on the Defendants' motions to dismiss, which have the potential to resolve all pending claims, closed on July 13, 2026. In his own briefing in response to the Defendants' motions, Plaintiff previewed the extensive scope of discovery he intends to pursue. For example, on just the question of the Court's jurisdiction over Chubb Limited, Plaintiff wishes to conduct blunderbuss discovery into:

---

[1] Chubb Limited joined in the other defendants' motion.

The Honorable José R. Almonte
July 17, 2026
Page 2

_____

Chubb Limited's role in SEC disclosures, disclosure controls, certifications, and public cybersecurity/internal-control statements concerning North American operations; the governance and escalation practices for cybersecurity, access-control, data-governance, ethics, fraud, HR, and retaliation complaints; the relationship among Chubb Limited, ACE, and the Chubb-branded managers or channels that received Plaintiff's protected activity; whether Plaintiff's reports were escalated to enterprise risk, legal, compliance, audit, cybersecurity, or disclosure-control personnel; and the extent to which Chubb Limited directed, approved, reviewed, or relied on the relevant public representations.

(ECF No. 14, pp. 16-17). Chubb Limited disputes that any jurisdiction exists for jurisdictional discovery, as explained in its motion briefing. (ECF No. 16, pp. 5-6). Beyond the pending jurisdictional challenge, however, Defendants reasonably anticipate that engaging in discovery with this *pro se* Plaintiff may engender an unusual number of discovery disputes. A temporary adjournment and stay would obviate the need for the Court and the parties to expend resources addressing such disputes, conserving scarce resources pending resolution of Defendants' potentially dispositive motions.

Accordingly, the Defendants respectfully request an adjournment of the August 7, 2026 initial scheduling conference and a stay of discovery and the associated deadlines under Local Rule 26.1.

Respectfully,

| | |
|---|---|
| */s/ Joseph P. Sirbak, II* | */s/ Allen W. Burton* |
| Joseph P. Sirbak, II | Allen W. Burton |
| COZEN O'CONNOR | Allessandra Rose Johnson |
| 1650 Market Street, Suite 2800 | O'MELVENY & MYERS LLP |
| Philadelphia, PA  19103 | 1301 Avenue of the Americas, Suite 1700 |
| (215) 665-4637 | New York, NY  10019 |
| jsirbak@cozen.com | (212) 326-2000 |
| | aburton@omm.com |
| *Counsel for Defendants ACE American* | ajohnson@omm.com |
| *Insurance Company, Jay Mistry and Mirza* | |
| *Delibegovic* | *Counsel for Defendant Chubb Limited* |

cc: Michael Spece (via ECF and e-mail: Michael@Spece.AI)

LEGAL\116759214\2