Michael Spece, Plaintiff Pro Se
8917 River Road #7
North Bergen, NJ 07047
212-266-7858
Michael@Spece.AI

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MICHAEL SPECE,**

Plaintiff,

v.

**CHUBB LIMITED, ACE AMERICAN INSURANCE COMPANY d/b/a CHUBB, JAY MISTRY, and MIRZA DELIBEGOVIC,**

Defendants.

Civil Action No.
2:26-cv-03900-CCC-JRA

**DECLARATION OF MICHAEL SPECE REGARDING SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES**

I, Michael Spece, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action and appear pro se. I make this declaration from personal knowledge and records maintained in the ordinary course of this litigation.

2. I caused four copies of Plaintiff's Rule 26(a)(1) Initial Disclosures to be sent separately through a third-party print-and-mail provider for service by United States Postal Service First-Class Mail to counsel of record Joseph P. Sirbak, II and Danielle M. Goebel of Cozen O'Connor, P.C., and Allen W. Burton and Allessandra Rose Johnson of O'Melveny & Myers LLP, at their business addresses of record.

3. The provider's records identify August 7, 2026, as the send date for each mailing. United States Postal Service tracking records confirm that all four mailings were in the postal mailstream no later than August 11, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026, in North Bergen, New Jersey.

Michael Spece, Plaintiff Pro Se