Michael Spece, Plaintiff Pro Se
8917 River Road #7
North Bergen, NJ 07047
212-266-7858
Michael@Spece.AI

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MICHAEL SPECE,**

Plaintiff,

v.

**CHUBB LIMITED, ACE AMERICAN INSURANCE COMPANY d/b/a CHUBB, JAY MISTRY, and MIRZA DELIBEGOVIC,**

Defendants.

Civil Action No.
2:26-cv-03900-CCC-JRA

## DECLARATION OF MICHAEL SPECE REGARDING POSTAL SERVICE OF RULE 72(a) APPEAL PAPERS

I, Michael Spece, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action and appear pro se. I make this declaration from personal knowledge and records maintained in the ordinary course of this litigation.

2. I caused copies of Plaintiff's Notice of Motion and Narrow Appeal from the Magistrate Judge's August 7, 2026 Text Order, supporting brief, and proposed order to be sent in separate mailings through a third-party print-and-mail provider for service by United States Postal Service First-Class Mail to Joseph P. Sirbak, II of Cozen O'Connor, P.C., counsel for Defendants ACE American Insurance Company, Jay Mistry, and Mirza Delibegovic, and Allen W. Burton of O'Melveny & Myers LLP, counsel for Defendant Chubb Limited, at their business addresses of record.

3. The provider's tracking-event records show that the mailing to Mr. Sirbak entered the postal mailstream no later than August 20, 2026, and that the mailing to Mr. Burton entered the postal mailstream no later than August 22, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2026, in North Bergen, New Jersey.

Michael Spece, Plaintiff Pro Se