Michael Spece, Plaintiff Pro Se
8917 River Road #7
North Bergen, NJ 07047
212-266-7858
Michael@Spece.AI

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MICHAEL SPECE,**<br><br>Plaintiff,<br>v.<br><br>**CHUBB LIMITED, ACE AMERICAN INSURANCE COMPANY d/b/a CHUBB, JAY MISTRY, and MIRZA DELIBEGOVIC,**<br>Defendants. | Civil Action No. 2:26-cv-03900-CCC-JRA<br><br>Related Motion Day: September 21, 2026 |

**PLAINTIFF'S NOTICE OF FILING CERTIFIED TRANSCRIPT**
**IN SUPPORT OF DOCKET NO. 24**

Plaintiff Michael Spece, appearing pro se, respectfully submits the attached certified transcript of the August 7, 2026 initial scheduling conference in support of Plaintiff's Rule 72(a) appeal at Docket No. 24 and pursuant to Local Civil Rule 72.1(c)(1)(A).

Dated: September 1, 2026

Respectfully submitted,

Michael Spece, Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2026, I submitted this Notice and the certified transcript through the Court's Alternate Document Submission system for filing. Upon docketing, the Court's CM/ECF system will electronically serve counsel of record. I also sent courtesy copies by email to counsel of record at aburton@omm.com, ajohnson@omm.com, jsirbak@cozen.com, and dgoebel@cozen.com.

Michael Spece, Plaintiff Pro Se